IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FREDERICK DEE BUNTIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                    CASE NO. 1D16-5071

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed December 16, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Frederick Dee Buntin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        The petition for writ of habeas corpus is dismissed.  See Baker v. State, 878 So.

2d 1236, 1238 (Fla. 2004).

WOLF, RAY, and MAKAR, JJ., CONCUR.